26 So.2d 278

### Frank HODGE v. STATE.
### 7 Div. 874.

Supreme Court of Alabama.
May 9, 1946.

Rehearing Stricken June 13, 1946.

Merrill, Merrill & Vardaman, of Anniston, for petitioner.

Wm. N. McQueen, Atty. Gen., and Clarence M. Small, Asst. Atty. Gen., opposed.

LAWSON, Justice.

Petition of Frank Hodge for certiorari to the Court of Appeals to review and re-

vise the judgment and decision of that Court in the case of Hodge v. State, 26 So.2d 274.

Writ denied.

GARDNER, C. J., and FOSTER and STAKELY, JJ., concur.